[No. 31154-6-III.   Division Three.   February 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BRUCE GUNKEL-RUST, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00832-2, Carrie L. Runge, J., entered September 19, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, A.C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., dissenting in part.

[No. 32964-0-III.   Division Three.   February 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE D. HOLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00187-7, Scott R. Sparks, J., entered December 8, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Pennell, JJ.

[No. 33180-6-III.   Division Three.   February 16, 2016.]

CLARENCE J. FAULKNER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-03250-6, Salvatore F. Cozza, J., entered January 23, 2015. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 33314-1-III.   Division Three.   February 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN SETH ALMBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-00269-5, John O. Cooney, J., entered April 28, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.